# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTURO TERRELL, : | |
|    Petitioner, : | |
| : | No. 1:19-cv-411 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN DOUGLAS K. WHITE, : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 11th day of February 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion for reconsideration (Doc. No. 12) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge